**Order filed December 13, 2016**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-16-00066-CV

———————

**THOMAS RAMAGE AND ELIZABETH BURKHARDT, Appellants**

**V.**

**SUGAR BRANCH CONDOMINIUM ASSOCIATION, RAMON L. SOLANO, GLENDA MARTINEZ, ELIA SALINA, ANNIE BUTLER, C.J. HERMS, Appellees**

**On Appeal from the 113th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-31884**

# O R D E R

The clerk's record[1] was filed February 19, 2016. Our review has determined that relevant items have been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the notice of expedited de novo appeal; the

---

[1] Although designated as the Clerk's Record, it was filed in this court as a "1st Supplemental Clerk's Record."

order of partial non-suit signed January 12, 2016; the notice of non-suit without prejudice; and the order denying motion to dismiss and attorney's fees, signed January 5, 2016.

The Harris County District Clerk is directed to file an Original Clerk's Record on or before January 3, 2017, containing the notice of expedited de novo appeal; the order of partial non-suit signed January 12, 2016; the notice of non-suit without prejudice; and the order denying motion to dismiss and attorney's fees, signed January 5, 2016.

If the omitted items are not part of the case file, the district clerk is directed to file a clerk's record containing a certified statement that the omitted items are not a part of the case file.


PER CURIAM